NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ANDRE ANTONIO ADAMS, *Petitioner*.

No. 1 CA-CR 21-0387 PRPC
FILED 12-23-2021

Petition for Review from the Superior Court in Maricopa County
No.  CR2015-103936-001
The Honorable Pamela S. Gates, Judge

**REVIEW GRANTED AND RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Amanda M. Park
*Counsel for Respondent*

Andre Antonio Adams, Florence
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Randall M. Howe, Judge Brian Y. Furuya, and Judge Michael J. Brown delivered the decision of the court.

---

**PER CURIAM**:

**¶1** Petitioner Andre Antonio Adams seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's fifth successive petition.

**¶2** Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4** For the foregoing reasons, we grant review and deny relief.

